

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>  Marcus Robert Malsac,<br>  Defendant. | 2:04-CR-639-R<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because ~~defendant has not demonstrated by clear and convincing evidence that:~~

(1) criminal history
(2) possible substance abuse

(B) (X) Defendant is a flight risk because ~~defendant has not shown by clear and convincing evidence that:~~

(1) No bail resources
(2) current allegations

IT IS ORDERED that defendant be detained.

DATED: 10/15/09

*/s/ Suzanne H. Segal*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE